# EXHIBIT 4

# Exhibit C

# Projections

**Graves-Gilbert Clinic**
**24-Month Projection**
**January 2024 - December 2025**

| | JAN 2024 | FEB 2024 | MAR 2024 | APR 2024 | MAY 2024 | JUNE 2024 | JUL 2024 | AUG 2024 | SEPT 2024 | OCT 2024 | NOV 2024 | DEC 2024 | TOTAL 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | | | | |
| Fee-for Service Medical Receipts | $ 16,475,547 | $ 16,931,721 | $ 16,573,445 | $ 19,467,840 | $ 15,802,563 | $ 18,015,261 | $ 17,669,799 | $ 15,856,382 | $ 19,393,007 | $ 17,251,555 | $ 16,674,418 | $ 20,514,476 | $ 210,626,013 |
| Value-Based Medical Payments | 172,325 | 177,096 | 173,349 | 203,622 | 165,286 | 188,429 | 184,816 | 165,849 | 202,840 | 180,441 | 2,957,432 | 214,570 | 4,986,053 |
| Professional Service Agreement Payments | 794,430 | 453,942 | 453,942 | 794,430 | 453,942 | 453,942 | 794,430 | 453,942 | 453,942 | 794,430 | 453,942 | 453,942 | 6,809,257 |
| Less: Refunds | (227,701) | (234,006) | (229,054) | (269,056) | (218,400) | (248,981) | (244,206) | (219,144) | (268,022) | (238,426) | (230,450) | (283,521) | (2,910,966) |
| Less: Collection Fees | (69,941) | (71,878) | (70,357) | (82,644) | (67,084) | (76,478) | (75,011) | (67,313) | (82,326) | (73,236) | (70,786) | (87,087) | (894,141) |
| Less: Credit Card Fees | (59,170) | (60,808) | (59,521) | (69,916) | (56,753) | (64,699) | (63,459) | (56,946) | (69,647) | (61,957) | (59,884) | (73,675) | (756,435) |
| **TOTAL NET MEDICAL REVENUE** | $ 17,085,490 | $ 17,196,067 | $ 16,841,804 | $ 20,044,276 | $ 16,079,554 | $ 18,267,474 | $ 18,266,369 | $ 16,132,770 | $ 19,629,793 | $ 17,852,808 | $ 19,724,673 | $ 20,738,704 | $ 217,859,781 |
| **OPERATING EXPENSES** | | | | | | | | | | | | | |
| Provider Expenses | $ 4,459,865 | $ 4,225,135 | $ 6,572,433 | $ 4,225,135 | $ 4,225,135 | $ 4,459,865 | $ 4,225,135 | $ 4,225,135 | $ 6,572,433 | $ 4,225,135 | $ 6,193,251 | $ 22,111,818 | $ 75,720,476 |
| Support Staff Expenses | 4,565,067 | 4,565,067 | 6,847,600 | 4,565,067 | 4,565,067 | 4,565,067 | 4,565,067 | 4,565,067 | 6,847,600 | 4,565,067 | 4,565,067 | 4,565,067 | 59,345,865 |
| Drugs and Medications | 3,543,969 | 3,642,094 | 3,565,027 | 4,187,625 | 3,399,207 | 3,875,168 | 3,800,858 | 3,410,783 | 4,171,528 | 3,710,892 | 3,586,747 | 4,412,761 | 45,306,659 |
| Medical Supplies | 298,581 | 306,849 | 300,356 | 352,810 | 286,385 | 326,485 | 320,225 | 287,360 | 351,454 | 312,645 | 302,186 | 371,778 | 3,817,113 |
| Office Expense | 36,909 | 36,909 | 36,909 | 36,909 | 36,909 | 36,909 | 36,909 | 36,909 | 36,909 | 36,909 | 36,909 | 36,909 | 442,905 |
| Lab Expense | 481,686 | 495,023 | 484,548 | 569,170 | 462,010 | 526,702 | 516,601 | 463,584 | 566,982 | 504,373 | 487,500 | 599,770 | 6,157,948 |
| Nuclear Medicine Expense | 36,027 | 37,025 | 36,241 | 42,570 | 34,555 | 39,394 | 38,639 | 34,673 | 42,407 | 37,724 | 36,462 | 44,859 | 460,576 |
| X-Ray Expense | 21,532 | 22,128 | 21,660 | 25,443 | 20,653 | 23,544 | 23,093 | 20,723 | 25,345 | 22,546 | 21,792 | 26,811 | 275,270 |
| Computer Expense | 412,105 | 412,105 | 412,105 | 412,105 | 412,105 | 412,105 | 412,105 | 412,105 | 412,105 | 412,105 | 412,105 | 412,105 | 4,945,258 |
| Maintenance Expense | 174,688 | 174,688 | 174,688 | 174,688 | 174,688 | 174,688 | 174,688 | 174,688 | 174,688 | 174,688 | 174,688 | 174,688 | 2,096,261 |
| Rents | 634,792 | 634,792 | 634,792 | 634,792 | 634,792 | 634,792 | 634,792 | 634,792 | 634,792 | 634,792 | 634,792 | 634,792 | 7,617,508 |
| Recruiting Expense | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 200,000 |
| Utilities | 93,593 | 93,593 | 93,593 | 93,593 | 93,593 | 93,593 | 93,593 | 93,593 | 93,593 | 93,593 | 93,593 | 93,593 | 1,123,110 |
| Insurance | 291,042 | 291,042 | 291,042 | 291,042 | 291,042 | 291,042 | 291,042 | 291,042 | 291,042 | 291,042 | 291,042 | 291,042 | 3,492,509 |
| Other Expenses | 408,731 | 408,731 | 408,731 | 408,731 | 408,731 | 408,731 | 408,731 | 408,731 | 408,731 | 408,731 | 408,731 | 408,731 | 4,904,770 |
| **TOTAL OPERATING EXPENSES** | $ 15,475,253 | $ 15,361,846 | $ 19,896,391 | $ 16,036,346 | $ 15,061,539 | $ 15,884,752 | $ 15,558,144 | $ 15,075,852 | $ 20,646,275 | $ 15,446,909 | $ 17,261,531 | $ 34,201,389 | $ 215,906,227 |
| **NET OPERATING INCOME** | $ 1,610,236 | $ 1,834,221 | $ (3,054,587) | $ 4,007,929 | $ 1,018,015 | $ 2,382,722 | $ 2,708,225 | $ 1,056,918 | $ (1,016,482) | $ 2,405,899 | $ 2,463,142 | $ (13,462,685) | $ 1,953,553 |
| **OTHER REVENUES (EXPENSES)** | | | | | | | | | | | | | |
| Interest Income | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 160,000 |
| Rent Income | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 84,081 |
| Miscellaneous Income | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 8,205 |
| Interest Expense | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (1,132,093) |
| Chapter 11 Creditor Payments | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (600,000) |
| **TOTAL OTHER REVENUES (EXPENSES)** | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (1,479,807) |
| **NET INCOME BEFORE TAXES** | $ 1,486,919 | $ 1,710,904 | $ (3,177,905) | $ 3,884,612 | $ 894,698 | $ 2,259,405 | $ 2,584,907 | $ 933,600 | $ (1,139,799) | $ 2,282,582 | $ 2,339,825 | $ (13,586,003) | $ 473,746 |
| Income Tax Benefit (Expense) | - | - | - | (107,121) | - | - | (78,875) | - | - | (78,875) | - | (78,875) | (343,746) |
| **NET INCOME** | $ 1,486,919 | $ 1,710,904 | $ (3,177,905) | $ 3,777,491 | $ 894,698 | $ 2,180,530 | $ 2,584,907 | $ 933,600 | $ (1,218,674) | $ 2,282,582 | $ 2,339,825 | $ (13,664,878) | $ 130,000 |
| TOTAL PROJECTED CASH RECEIPTS | $ 17,085,490 | $ 17,196,067 | $ 16,841,804 | $ 20,044,276 | $ 16,079,554 | $ 18,267,474 | $ 18,266,369 | $ 16,132,770 | $ 19,629,793 | $ 17,852,808 | $ 19,724,673 | $ 20,738,704 | $ 217,859,781 |
| TOTAL PROJECTED CASH DISBURSEMENTS | (15,598,571) | (15,485,164) | (20,019,708) | (16,266,785) | (15,184,856) | (16,086,944) | (15,681,461) | (15,199,169) | (20,848,467) | (15,570,226) | (17,384,848) | (34,403,582) | (217,729,781) |
| TOTAL PROJECTED NET CASH FLOW | $ 1,486,919 | $ 1,710,904 | $ (3,177,905) | $ 3,777,491 | $ 894,698 | $ 2,180,530 | $ 2,584,907 | $ 933,600 | $ (1,218,674) | $ 2,282,582 | $ 2,339,825 | $ (13,664,878) | $ 130,000 |

Projection Notes:
* Fee-for-Service Receipts - 2023 forecasted receipts less departments either now in a PSA arrangement or no longer at GGC; increased 3% in 2025
* PSA Payments - 2023 guaranteed payment rates based on 2022 wRVUs.
* Refunds / Collection Fees / Credit Card Fees - variable based on fee-for-service receipts
* Provider Expenses - monthly payrolls based on current amounts with annual true-up in December per employment agreements
* Support Staff Expenses - monthly payrolls based on current amounts less departments either now in a PSA arrangement or no longer at GGC; increased 3% in 2025
* Drugs / Medical Supplies / Ancillary Expenses - variable based on fee-for-service receipts
* Other Operating Expenses - based on 2023 budgeted amounts spread equally each month; increased 3% in 2025
* Other Revenues (Expenses) - based on 2023 budgeted amounts spread equally each month
* Chapter 11 Creditor Payments - $3M to be paid in 60 equal installments for tort creditors; other unsecured creditors anticipated to be paid in 2023
* Income Tax Expense - based on 2023 estimated taxable income

**Graves-Gilbert Clinic**
**24-Month Projection**
**January 2024 - December 2025**

| | JAN 2025 | FEB 2025 | MAR 2025 | APR 2025 | MAY 2025 | JUNE 2025 | JUL 2025 | AUG 2025 | SEPT 2025 | OCT 2025 | NOV 2025 | DEC 2025 | TOTAL 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | | | | |
| Fee-for Service Medical Receipts | $ 16,969,814 | $ 17,439,672 | $ 17,070,649 | $ 20,051,875 | $ 16,276,640 | $ 18,555,718 | $ 18,199,893 | $ 16,332,073 | $ 19,974,797 | $ 17,769,101 | $ 17,174,651 | $ 21,129,910 | $ 216,944,793 |
| Value-Based Medical Payments | 195,791 | 201,212 | 196,955 | 231,351 | 187,794 | 214,089 | 209,983 | 188,433 | 230,462 | 205,013 | 2,981,182 | 243,789 | 5,286,053 |
| Professional Service Agreement Payments | 794,430 | 453,942 | 453,942 | 794,430 | 453,942 | 453,942 | 794,430 | 453,942 | 453,942 | 794,430 | 453,942 | 453,942 | 6,809,257 |
| Less: Refunds | (234,532) | (241,026) | (235,926) | (277,128) | (224,952) | (256,450) | (251,532) | (225,718) | (276,063) | (245,579) | (237,363) | (292,027) | (2,998,295) |
| Less: Collection Fees | (72,040) | (74,034) | (72,468) | (85,123) | (69,097) | (78,772) | (77,261) | (69,332) | (84,796) | (75,433) | (72,909) | (89,700) | (920,965) |
| Less: Credit Card Fees | (60,945) | (62,632) | (61,307) | (72,014) | (58,455) | (66,640) | (65,362) | (58,654) | (71,737) | (63,815) | (61,680) | (75,885) | (779,128) |
| **TOTAL NET MEDICAL REVENUE** | $ 17,592,518 | $ 17,717,135 | $ 17,351,845 | $ 20,643,391 | $ 16,565,872 | $ 18,821,887 | $ 18,810,150 | $ 16,620,744 | $ 20,226,605 | $ 18,383,718 | $ 20,237,822 | $ 21,370,029 | $ 224,341,715 |
| | | | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | | | |
| Provider Expenses | $ 4,459,865 | $ 4,225,135 | $ 6,572,433 | $ 4,225,135 | $ 4,225,135 | $ 4,459,865 | $ 4,225,135 | $ 4,225,135 | $ 6,572,433 | $ 4,225,135 | $ 6,193,251 | $ 25,702,051 | $ 79,310,709 |
| Support Staff Expenses | 4,702,019 | 4,702,019 | 7,053,028 | 4,702,019 | 4,702,019 | 4,702,019 | 4,702,019 | 4,702,019 | 7,053,028 | 4,702,019 | 4,702,019 | 4,702,019 | 61,126,241 |
| Drugs and Medications | 3,543,969 | 3,646,570 | 3,569,409 | 4,192,772 | 3,403,384 | 3,879,931 | 3,805,529 | 3,414,975 | 4,176,655 | 3,715,452 | 3,591,155 | 4,418,185 | 45,357,987 |
| Medical Supplies | 307,539 | 316,054 | 309,366 | 363,394 | 294,977 | 336,280 | 329,831 | 295,981 | 361,997 | 322,024 | 311,251 | 382,931 | 3,931,626 |
| Office Expense | 38,016 | 38,016 | 38,016 | 38,016 | 38,016 | 38,016 | 38,016 | 38,016 | 38,016 | 38,016 | 38,016 | 38,016 | 456,192 |
| Lab Expense | 496,136 | 509,873 | 499,084 | 586,245 | 475,870 | 542,503 | 532,099 | 477,491 | 583,991 | 519,505 | 502,125 | 617,763 | 6,342,686 |
| Nuclear Medicine Expense | 37,108 | 38,135 | 37,328 | 43,847 | 35,592 | 40,576 | 39,798 | 35,713 | 43,679 | 38,856 | 37,556 | 46,205 | 474,394 |
| X-Ray Expense | 22,178 | 22,792 | 22,310 | 26,206 | 21,272 | 24,251 | 23,786 | 21,345 | 26,105 | 23,223 | 22,446 | 27,615 | 283,528 |
| Computer Expense | 424,468 | 424,468 | 424,468 | 424,468 | 424,468 | 424,468 | 424,468 | 424,468 | 424,468 | 424,468 | 424,468 | 424,468 | 5,093,616 |
| Maintenance Expense | 179,929 | 179,929 | 179,929 | 179,929 | 179,929 | 179,929 | 179,929 | 179,929 | 179,929 | 179,929 | 179,929 | 179,929 | 2,159,149 |
| Rents | 653,836 | 653,836 | 653,836 | 653,836 | 653,836 | 653,836 | 653,836 | 653,836 | 653,836 | 653,836 | 653,836 | 653,836 | 7,846,033 |
| Recruiting Expense | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 200,000 |
| Utilities | 96,400 | 96,400 | 96,400 | 96,400 | 96,400 | 96,400 | 96,400 | 96,400 | 96,400 | 96,400 | 96,400 | 96,400 | 1,156,803 |
| Insurance | 299,774 | 299,774 | 299,774 | 299,774 | 299,774 | 299,774 | 299,774 | 299,774 | 299,774 | 299,774 | 299,774 | 299,774 | 3,597,284 |
| Other Expenses | 420,993 | 420,993 | 420,993 | 420,993 | 420,993 | 420,993 | 420,993 | 420,993 | 420,993 | 420,993 | 420,993 | 420,993 | 5,051,913 |
| **TOTAL OPERATING EXPENSES** | $ 15,698,896 | $ 15,590,661 | $ 20,193,041 | $ 16,269,701 | $ 15,288,332 | $ 16,115,506 | $ 15,788,280 | $ 15,302,742 | $ 20,947,971 | $ 15,676,296 | $ 17,489,885 | $ 38,026,850 | $ 222,388,161 |
| | | | | | | | | | | | | | |
| **NET OPERATING INCOME** | $ 1,893,622 | $ 2,126,473 | $ (2,841,196) | $ 4,373,690 | $ 1,277,539 | $ 2,706,381 | $ 3,021,870 | $ 1,318,002 | $ (721,366) | $ 2,707,422 | $ 2,747,937 | $ (16,656,821) | $ 1,953,553 |
| | | | | | | | | | | | | | |
| **OTHER REVENUES (EXPENSES)** | | | | | | | | | | | | | |
| Interest Income | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 13,333 | $ 160,000 |
| Rent Income | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 7,007 | 84,081 |
| Miscellaneous Income | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 684 | 8,205 |
| Interest Expense | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (94,341) | (1,132,093) |
| Chapter 11 Creditor Payments | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (600,000) |
| **TOTAL OTHER REVENUES (EXPENSES)** | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (123,317) | $ (1,479,807) |
| | | | | | | | | | | | | | |
| **NET INCOME BEFORE TAXES** | $ 1,770,305 | $ 2,003,156 | $ (2,964,513) | $ 4,250,373 | $ 1,154,222 | $ 2,583,064 | $ 2,898,553 | $ 1,194,684 | $ (844,683) | $ 2,584,104 | $ 2,624,619 | $ (16,780,138) | $ 473,746 |
| Income Tax Benefit (Expense) | - | - | - | (107,121) | - | (78,875) | - | - | (78,875) | - | - | (78,875) | (343,746) |
| **NET INCOME** | $ 1,770,305 | $ 2,003,156 | $ (2,964,513) | $ 4,143,252 | $ 1,154,222 | $ 2,504,189 | $ 2,898,553 | $ 1,194,684 | $ (923,558) | $ 2,584,104 | $ 2,624,619 | $ (16,859,013) | $ 130,000 |
| | | | | | | | | | | | | | |
| TOTAL PROJECTED CASH RECEIPTS | $ 17,592,518 | $ 17,717,135 | $ 17,351,845 | $ 20,643,391 | $ 16,565,872 | $ 18,821,887 | $ 18,810,150 | $ 16,620,744 | $ 20,226,605 | $ 18,383,718 | $ 20,237,822 | $ 21,370,029 | $ 224,341,715 |
| TOTAL PROJECTED CASH DISBURSEMENTS | (15,822,213) | (15,713,979) | (20,316,358) | (16,500,139) | (15,411,650) | (16,317,698) | (15,911,597) | (15,426,059) | (21,150,163) | (15,799,613) | (17,613,203) | (38,229,042) | (224,211,715) |
| TOTAL PROJECTED NET CASH FLOW | $ 1,770,305 | $ 2,003,156 | $ (2,964,513) | $ 4,143,252 | $ 1,154,222 | $ 2,504,189 | $ 2,898,553 | $ 1,194,684 | $ (923,558) | $ 2,584,104 | $ 2,624,619 | $ (16,859,013) | $ 130,000 |

Projection Notes:

* Fee-for-Service Receipts - 2023 forecasted receipts less departments either now in a PSA arrangement or no longer at GGC; increased 3% in 2025
* PSA Payments - 2023 guaranteed payment rates based on 2022 wRVUs.
* Refunds / Collection Fees / Credit Card Fees - variable based on fee-for-service receipts
* Provider Expenses - monthly payrolls based on current amounts with annual true-up in December per employment agreements
* Support Staff Expenses - monthly payrolls based on current amounts less departments either now in a PSA arrangement or no longer at GGC; increased 3% in 2025
* Drugs / Medical Supplies / Ancillary Expenses - variable based on fee-for-service receipts
* Other Operating Expenses - based on 2023 budgeted amounts spread equally each month; increased 3% in 2025
* Other Revenues (Expenses) - based on 2023 budgeted amounts spread equally each month
* Chapter 11 Creditor Payments - $3M to be paid in 60 equal installments for tort creditors; other unsecured creditors anticipated to be paid in 2023
* Income Tax Expense - based on 2023 estimated taxable income