**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | |
|---|---|
| IN RE:                                                     )<br>                                                               )<br>GILBERT, BARBEE, MOORE &            )<br>MCILVOY, PSC d/b/a                         )<br>Graves Gilbert Clinic,                         )<br>                                                               )<br>     Debtor and Debtor in Possession  )<br>                                                               ) | Chapter 11<br>Case No. 22-10763-JAL |

## ORDER DENYING

The Court, having reviewed the pleadings in this matter, having heard evidence from the Debtor presented on December 12 and 13, 2023, and the Court having duly considered that evidence, and the Court having made Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED AND ADJUDGED, that confirmation of the First Amended Plan of Reorganization [DN 336] is hereby DENIED. This is a final and appealable Order.

Tendered by:

/s/ Robert W. "Tad" Adams, III
Robert W. "Tad" Adams, III
Adams Law Group
6004 Brownsboro Park Blvd., Ste. A
Louisville, Kentucky 40207
(502) 895-8210
rwa@tadamslaw.com

*Counsel for Billy Tweedy and Patricia Tweedy and C.A., a minor, by and through her next friend, natural guardian, and parent, Jerri Lynn McAdoo (Jerrilynn McAdoo)*